This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**CITY OF GALLUP, New Mexico,**
**a municipal corporation**,

Plaintiff-Appellee,

v.                                                    **NO. A-1-CA-37247**

**PHILLIP HART**,

Defendant-Appellant,

**APPEAL FROM THE DISTRICT COURT OF MCKINLEY COUNTY**
**Robert A. Aragon, District Judge**

Stelzner, Winter, Warburton, Flores, Sanchez & Dawes, P.A.
Rebekah Anne Gallegos
Albuquerque, NM

for Appellee

JoHanna C. Cox
Albuquerque, NM

for Appellant

**MEMORANDUM OPINION**

**VIGIL, Judge.**

{1}      Summary dismissal was proposed for the reasons stated in the notice of

proposed summary disposition. No memorandum opposing summary dismissal has been filed and the time for doing so has expired.

{2}     **DISMISSED.**

{3}     **IT IS SO ORDERED.**


_____
**MICHAEL E. VIGIL, Judge**


**WE CONCUR:**



_____
**M. MONICA ZAMORA, Judge**



_____
**J. MILES HANISEE, Judge**

2